# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KO EUN JEON., <br><br> Plaintiff, <br> v. <br><br> THE UNITED STATES OF AMERICA, *et al*. <br><br> Defendants. | Case No.: 18-cv-7741-CBM (SSx) <br><br> **JUDGMENT** <br><br> [JS-6] |

Consistent with the Court's Order regarding the motion to dismiss the Complaint, judgment is hereby entered in favor of Defendants.

DATED: February 14, 2019

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1